**IN the INTEREST OF: M.J.C., a Minor**

**3168 EDA 2016**

Superior Court of Pennsylvania.

Filed 03/17/2017

AP # CP–51–AP–0000760–2016, DP # CP–51–DP–0002208–2015 (Philadelphia)

Affirmed

**IN the INTEREST OF: S.P.R., a Minor**

**3174 EDA 2016**

Superior Court of Pennsylvania.

03/17/2017

AP# CP–51–AP–0000761–2016, DP# CP–51–DP–0002206–2015 (Philadelphia)

Affirmed

**COM.**

v.

**THOMAS, D.**

**486 MDA 2016**

Superior Court of Pennsylvania.

Filed 03/17/2017

CP–36–CR–0000691–1997, CP–36–CR–0002212–1997, CP–36–CR–0002518–1997, CP–36–CR–0002519–1997 (Lancaster).

Affirmed

**PORTERFIELD, R.**

v.

**PORTERFIELD, E.**

**553 MDA 2016**

Superior Court of Pennsylvania.

03/17/2017

05–0185 (Centre)

Affirmed/Reversed

**COM.**

v.

**FORCADES, F.**

**558 MDA 2016**

Superior Court of Pennsylvania.

03/17/2017

CP–06–CR–0001423–2012, CP–06–CR–0001457–2012 (Berks)

Affirmed/Vacated/Remanded

